IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| v. | NO. 17-245 |
| **JAMES JOHNMAN, JR.** | |

**O R D E R**

**AND NOW**, this 12th day of January, 2022, upon consideration of Defendant James Johnman, Jr.'s *pro se* Motion for a six-month extension to the deadline to file a motion to vacate, set aside, or correct his sentence pursuant to 27 U.S.C. § 2255 (ECF No. 43), it is **HEREBY ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:


 */s/ Wendy Beetlestone*
**WENDY BEETLESTONE, J.**